## SNOWDEN v. SNOWDEN.

Practice: EQUITABLE ACTIONS TRIED BY SECOND METHOD. In the review of equitable actions tried by the second method, the Supreme Court are limited to the correction of errors of law, the same as in a law action, and the decision of the court below will be regarded in the same light as the verdict of a jury.

*Appeal from Dubuque District Court.*

WEDNESDAY, DECEMBER 18.

This is an application for a divorce based upon the alleged ground of habitual drunkenness, in which it was adjudged, that the plaintiff's case was not sustained by the testimony, and his bill was dismissed.

*Adams & Chandler* for the appellant.

*Wilson & Doud* for the appellee.

Lowe, Ch. J. — Applications of this kind fall within the class of equitable proceedings, but to be tried according to the second method, which is the same PRACTICE: equitable actions triable by second method. as cases by ordinary proceedings, and consequently we are limited in our action to the correction of errors at law, assigned and presented. This is apparent from sections 2999 and 3000 of the Revision.

No questions of law are preserved in the record. It is a case turning alone upon the evidence. The decision of the court upon this must be regarded by us in the same light as the verdict of a jury.

In the present condition of the record, there is but one question triable before us, and that is, whether the judgment of the court, upon the facts, was so clearly and manifestly against the evidence, that the motion to set

the same aside should have prevailed. We cannot answer this question affirmatively. We have read and re-read the testimony with care, and find it quite too conflicting to allow us, under our well known rules, to interfere with the decision made, and, therefore, will order the same to stand

Affirmed.